UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REBECCA ANTHONY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　Defendant. | CASE NO.　C07-5363 FDB<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br>AFFIRMING COMMISSIONER'S<br>DECISION |

Magistrate Judge J. Kelly Arnold recommends that the Court should conclude that Rebecca Anthony was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled. Plaintiff has not filed an objection to the Report and Recommendation.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　The administrative decision is **AFFIRMED**; and

(3)　The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 19th day of May, 2008.

_/s/ Franklin D. Burgess_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1