# United States District Court

WESTERN DISTRICT OF WASHINGTON

REBECCA K ANTHONY                                         JUDGMENT IN A CIVIL CASE

       v.

MICHAEL J ASTRUE                                          CASE NUMBER: C07-5363FDB
Commissioner of Social Security Administration

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The administrative decision is AFFIRMED.


May 20, 2008                                              BRUCE RIFKIN
                                                          Clerk

                                                          s/ D. Forbes
                                                          By, Deputy Clerk